PEER BEARING COMPANY,
Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee,

and

The Timken Company, Defendant–
Appellee,

and

L & S Bearing Company and Shanghai
General Bearing Co., Ltd.,
Defendants.

No. 02–1519.

United States Court of Appeals,
Federal Circuit.

Oct. 14, 2003.

Before NEWMAN, LOURIE, and
SCHALL, Circuit Judges.

### JUDGMENT

PER CURIAM.

This CAUSE having been heard and
considered, it is ORDERED and AD-
JUDGED:

*AFFIRMED. See* Fed. Cir. R. 36

RHODIA, INC., Plaintiff–Appellant,

v.

UNITED STATES, Defendant,

and

Jilin Pharmaceutical Co., Ltd.
Defendant–Appellee,

and

Shandong Xinhua Pharmaceutical
Factory Co., Ltd., Defendant.

No. 03–1097.

United States Court of Appeals,
Federal Circuit.

Oct. 14, 2003.

Before MAYER, Chief Judge, LINN
and PROST, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and con-
sidered, it is ORDERED and AD-
JUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.